# STUART M. STEINBERG P.C.
ATTORNEYS AND COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/24/18
```

SHERALVEN BUILDING
2 RODEO DRIVE
EDGEWOOD, NY 11717
PH: 631.715.4160 · FAX: 631.715.4186
SSTEINBERG@STEINBERGPC.NET

STUART M. STEINBERG

SHARON D. SIMON
------------------
OF COUNSEL:

ROBERT M. MORGILLO

Sept. 20, 2018

VIA ECF
And FAX 212-805-7986
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: Balde v. Town Sports International
18 CV 1467 (PGG)

Dear Judge Gardephe:

This office represents the Defendant in the above referenced matter. We are writing in advance of the October 4, 2018 pre trial conference date to advise Your Honor that the parties have reached a settlement in this matter. A copy of the executed settlement agreement along with a fairness letter will be submitted shortly for Your Honor's review and approval. In light of the foregoing, we respectfully request that the October 4, 2018 appearance be cancelled.

We thank the Court for its courtesy and consideration herein and respectfully await the Court's rulings.

Very truly yours,
STUART M. STEINBERG, P.C.

By:____/s/_____
Sharon Simon

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

_/s/ Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: Sept 21, 2018

cc. Stuart Steinberg Esq.
    Laurie Sayevich-Horz, Esq.
    Abdul Hassan, Esq.