# STUART M. STEINBERG P.C.
ATTORNEYS AND COUNSELORS AT LAW

SHERALVEN BUILDING
2 RODEO DRIVE
EDGEWOOD, NY 11717
PH: 631.715.4160 · FAX: 631.715.4186
SSTEINBERG@STEINBERGPC.NET

STUART M. STEINBERG

SHARON D. SIMON
------------------
OF COUNSEL:

ROBERT M. MORGILLO

October 1, 2018

VIA ECF
Hon. Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, NY 10007

Re: Balde v. Town Sports International
18 CV 1467 (PGG)

Dear Judge Gardephe:

As the Court is aware, this office represents the Defendant. As a follow up to the September 20, 2018 correspondence advising Your Honor that this matter has been settled, and Plaintiff's counsel's subsequent submission of a partially executed Settlement Agreement and fairness letter, we are respectfully submitting the fully executed Settlement Agreement and proposed Stipulation of Discontinuance with Prejudice.

We thank the Court for its courtesy and consideration herein and respectfully await the Court's rulings.

Very truly yours,
STUART M. STEINBERG, P.C .

By:_____/s/_____
       Sharon Simon

cc. Stuart Steinberg Esq.
    Laurie Sayevich Horz, Esq.
    Abdul Hassan, Esq. VIA ECF